Frederick Banks
#05711068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

2017 JUN 22 P 3:34

Clerk, US District Court
202 Harlow St.
Bangor, Maine 04401

BY_____
DEPUTY CLERK

CCA NORTHEAST OHIO CORRECTIONAL CENTER
THIS LETTER WAS NEITHER INSPECTED NOR CENSORED AND
IT WILL NOT BE RESPONSIBLE FOR THE CONTENTS

CELEBRATE!

USMS

Legal mail

04401$4961 C036