## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| FREDERICK BANKS, | ) | |
|---|---|---|
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:17-CV-239-DBH |
| | ) | |
| ADRIAN ROE, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 2, 2017, the United States Magistrate Judge filed with the court, with a copy of the plaintiff, his Recommended Decision After Screening Complaint Pursuant to 28 U.S.C. § 1915A. The time within which to file objections expired on August 16, 2017, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 28TH DAY OF AUGUST, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**